IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED [signature] D.C.
05 JUN -8 PM 3:57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MOCK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. <u>05-2033-B/P</u> |
| ) | |
| QUALITEST USA, LC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was set for June 9, 2005. Prior to the conference, Douglas F. Halijan and Taylor A. Cates, counsel for plaintiff and Brad Trammell and Lea Speed, counsel for defendant submitted a joint proposed order which was approved by the Court. The following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1)**: May 26, 2005

**JOINING PARTIES**: June 30, 2005

**AMENDING PLEADINGS**: June 30, 2005

**INITIAL MOTIONS TO DISMISS**: July 29, 2005

**COMPLETING ALL DISCOVERY**: December 30, 2005

   (a) **DOCUMENT PRODUCTION**: December 30, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05

(12)

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: December 30, 2005

    (c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

        (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: January 31, 2006

        (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: March 1, 2006

        (3) **EXPERT WITNESS DEPOSITIONS**: April 15, 2006

**FILING DISPOSITIVE MOTIONS**: May 1, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately 3-4 days.

The parties believe that settlement may be enhanced by use of voluntary facilitative mediation and will cooperate regarding the scheduling of same after appropriate discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

DATE: June 8, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02033 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Michael B. Chesal
KLUGER PERETZ KAPLAN & BERLIN, PA
17th Floor
201 South Biscayne Blvd.
Miami, FL 33131

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gregg Reed
KLUGER PERETZ KAPLAN & BERLIN
1700 Miami Center
201 S Biscayne Blvd
Miami, FL 33131

Honorable J. Breen
US DISTRICT COURT